UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REX HARVEY

       Plaintiff,

v.                                      Case No. 12-CV-10620
                                      Honorable Denise Page Hood

PNC BANK,

       Defendant.

_____/

**JUDGMENT**

      **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date June 29, 2012, this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Defendant and against Plaintiff.

      Dated at Detroit, Michigan this 29th day of June, 2012.

                                                                DAVID J. WEAVER
                                                                 CLERK OF THE COURT

                                                                 BY: Tanya Bankston

APPROVED:


s/Denise Page Hood_____
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 29, 2012, by electronic and/or ordinary mail.

                                                 s/Tanya Bankston for LaShawn Saulsberry
                                                 Case Manager, (313) 234-5160